# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics in Government Act of 1978, Pub. L. No. 95-521, November 2, 1978 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WHYTE, RONALD M. | FEDERAL DISTRICT COURT | 7/29/91 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE (NOMINATED) | X Nomination, Date 7/26/91 __ Initial __ Annual __ Final | 1/1/90 - 6/30/91 |

| 7. Chambers or Office Address |
|---|
| 191 N. FIRST STREET, SAN JOSE, CA 95113 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| JUDGE OF SUPERIOR COURT | STATE OF CALIFORNIA / COUNTY OF SANTA CLARA |
| MEMBER OF LAW FIRM | HOGE, FENTON, JONES & APPEL, INC. |
| PARTNER | COAST LEASING COMPANY |

CONTINUED ON ATTACHMENT 1

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |

HOGE, FENTON, JONES & APPEL, INC. EMPLOYEES PENSION AND PROFIT SHARING PLAN (100% VESTED) - INVESTED IN PUBLICLY TRADED MUTUAL (ACORN AND DODGE & COX) AND MONEY MARKET FUNDS

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1991 | STATE OF CALIF (JUDGE'S SALARY) | $ 51,969 |
| 1991 | COUNTY OF SANTA CLARA (JUDGE'S SAL.) | $ 4,750 |
| 1991 | HOGE, FENTON, JONES & APPEL, INC. (PAY OUT FROM FORMER LAW FIRM - PAYMENTS COMPLETED 5/91) | $ 32,717 |
| 1990 | STATE OF CALIF (JUDGE'S SALARY) | $ 77,712 |
| 1990 | COUNTY OF SANTA CLARA (JUDGE'S SAL.) | $ 1,745 |

CONTINUED ON ATTACHMENT 1

Digitized by Google

ATTACHMENT 1

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WHYTE, RONALD M. | | 7/29/91 |

| 4. Title (Article III Judges indicate active or senior; or Magistrate Judges indicate full- or part-time) | 5. Report Type (check appropriate type) ___ Nomination, Date, ___ ___ Initial ___ Annual ___ Final | 6. Reporting Period |
|---|---|---|

7. Chambers or Office Address

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of instructions.) CONT.

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| * PARTNER | HF JA - PUEBLO UNO |
| * PARTNER | H & H FORTY SOUTH MARKET |
| BOARD OF GOVERNORS | ASSOC. OF BUSINESS TRIAL LAWYERS |

* THESE MAY HAVE PROBABLY BEGUN WOUND UP OUT SINCE THEY ARE GENERAL PARTNERSHIPS

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of instructions.) THEY ARE ADVANCED HERE.

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of instructions.) CONT.

| DATE (Thousands only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1990 | HOGE, FENTON, JONES & APPEL, INC. (PAY OUT FROM FORMER LAW FIRM) | $ 78,523 |
| 1990 | CALIFORNIA CONT. EDUCATION OF BAR (INSTRUCTOR FEE) | $ 500 |
| 1989 | STATE OF CALIF. (JUDGE'S SALARY) | $ 42,732 |
| 1989 | COUNTY OF SANTA CLARA (JUDGE'S SALARY) | $ 5,720 |
| 1989 | HOGE, FENTON, JONES & APPEL, INC. (COMPENSATION FOR ATTORNEY SERVICES INCLUDING PAY OUT) | $ 111,653 |

(ALL SALARIES ARE LISTED IN THEIR AMOUNTS BEFORE WITHHOLDING)

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>WHYTE, RONALD M. | Date of Report<br>7/29/91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts) | | |
| 1 | EXEMPT | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities) | | |
| 1 | GREAT WESTERN BANK (S) | LOAN AGAINST RENTAL RESIDENCE ON MASSOL, LOS GATOS, CA | L |
| 2 | SOUTHERN CALIFORNIA BANK (S) | LOAN AGAINST RENTAL STORAGE BUILDING AT 13443 ROSECRANS, SANTA FE SPRINGS, CA | L (ATTRIBUTED |
| 3 | | | TO WIFE'S |
| 4 | | | OWNERSHIP |
| 5 | | | SHARE, TOTAL |
| 6 | | | LOAN AGAINST |
| 7 | | | PROPERTY IS ?) |

| * VALUE CODES: | J = $15,000 or less | K = $15,001 to $50,000 | L = $50,001 to $100,000 | M = $100,001 to $250,000 |
|---|---|---|---|---|
| | N = $250,001 to $500,000 | O = $500,001 to $1,000,000 | P = More than $1,000,000 | |

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| WHYTE, RONALD   M. | 7/29/91 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for separate property of spouse, "(J)" for jointly owned property, and "(DC)" for property owned by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 1 MANTECA REC BOND 90 | A | INT | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |
| 2 PLACER IMPVT BOND 92 | A | INT | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |
| 3 SAN JOSE IMP BOND 95 | A | INT | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |
| 4 MANTECA REC BOND 91 | A | INT | J | T | | | | | |
| 5 MORGAN HILL IMP BOND 92 | B | INT | J | T | | | | | |
| 6 SAN FRAN USD BOND 94 | A | INT | J | T | | | | | |
| 7 MILPITAS 13 LID BOND 94 | A | INT | J | T | | | | | |
| 8 SAN JOSE IMP DT BOND 95 | A | INT | J | T | | | | | |
| 9 PLACER IMP BOND 95 | B | INT | K | T | | | | | |
| 10 BRISTOL MYER SQB COMM | A | DIV | J | T | | | | | |
| 11 GENENTECH COMM | A | — | J | T | | | | | |
| 12 ACTIVE ASSET TRUST | D | DIV | M | T | | | | | |
| 13 DIXON IMP BOND 91(S) | A | INT | J | T | | | | | |
| 14 EL DORADO IRA BOND 92(S) | A | INT | J | T | | | | | |
| 15 LINCOLN IMP BOND 92(S) | B | INT | J | T | | | | | |
| 16 EL DORADO IRA BOND 92(S) | A | INT | J | T | | | | | |
| 17 LAKE IMP WTR BOND 93(S) | A | INT | J | T | | | | | |
| 18 SAN FRAN USD BOND 94(S) | A | INT | J | T | | | | | |
| 19 LA QUINTA IMP BOND 94(S) | A | INT | J | T | | | | | |
| 20 MILPITAS LID BOND 94(S) | A | INT | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000
(See Col. B1 & D4)   E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
(See Col. C1 & D3)   N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=more than $1,000,000
3 Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

CONTINUED ON ATTACHMENT 2.

Digitized by Google

57-374 O—92—3

| ... DISCLOSURE REPORT (cont'd) ATTACHMENT 2 | WHYTE, RONALD M. | 7/29/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 16-37 of instructions.)

| Description of Assets (including trust assets) Indicate, by an applicable letter code, the owner of the asset, show dividends, etc., for each asset only by applicable code. Please "(X)" after divestment. | B. Amount of income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (J-K) | (2) Type (e.g. div., rent, int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | EXEMPT (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date (mo. day, yr.) | (3) Value Code (J-P) | (4) Gain Code (J-K) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | EXEMPT | | | | | |
| SONOMA IMPT BOND 94(s) | A | INT | J | T | | | | | |
| RIVERSIDE CO IMP BOND 95(s) | C | INT | K | T | | | | | |
| SONOMA IMPT BOND 95 (s) | A | INT | J | T | | | | | |
| LAKE IMPT WTR BOND 97(s) | A | INT | J | T | | | | | |
| CONTRA COSTA MOR BOND(s) | B | INT | K | T | | | | | |
| OAKLAND REDEV BOND 09(s) | A | INT | J | T | | | | | |
| EMERYVL RED BOND 11 (s) | B | INT | K | T | | | | | |
| SACRA MUD BOND 13 (s) | A | INT | J | T | | | | | |
| CAL GO WTR RES BOND 16 (s) | A | INT | J | T | | | | | |
| CAL GO SR BOND 18 (s) | A | INT | J | T | | | | | |
| MILPITAS IMP BOND 90 (s) | A | INT | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |
| SAN JOSE IMP BOND 90 (s) | A | INT | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |
| APPLE COM COMM (s) | A | DIV | J | T | (NOT OWNED AT END OF REPORTING PERIOD.) | | | | |
| AMER TEL & TELEG COMM (s) | A | DIV | K | T | | | | | |
| ACTIVE ASSET TRUST (s) | D | DIV | M | T | | | | | |
| MUD MKT INC FUND (s) | C | DIV | K | T | | | | | |
| PUTNAM TAX EX FUND (s) | C | DIV | K | T | | | | | |
| SUMMIT TAX EX LP II (s) | B | DIV | K | T | | | | | |
| CAL ST SCH BO OBLG 90 (s) | A | INT | J | T | (NOT OWNED AT END OF REPORTING PER...) | | | | |
| LA COUNTY TRANS BOND 94 (s) | A | INT | J | T | | | | | |

| 1 Income/Gain Codes: (See Col. B) & (D) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C & D) | F=$15,001 to $50,000 | G=$50,001 to $100,000 | H=$100,001 to $1,000,000 | H1=More than $1,000,000 |
| 3 Value Method Codes: (See Col. C2) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | O=Appraisal | P=Assessment (real estate only) | R=Cost (real estate only) | S=Assessment |
| | Q=Book Value | T=Cash/Market | U=Estimated | V=Other |

CONTINUED ON ATTACHMENT 3

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)
ATTACHMENT 3

Name of Person Reporting: WHYTE, RONALD M.

Date of Report: 7/29/91

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| Description of Assets | Income Value During Reporting Period (1) | (2) | Gross Value End of Period (1) | (2) | Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code | Type | Value Code | Value Method | Type | Date | Value Code | Gain Code | Identity of Buyer/Seller |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| SOCRO NSG BOND 09 (s) | B | INT | J | T | | | | | |
| SAN JOSE REDEV BOND A (s) | B | INT | K | T | | | | | |
| SANTA CLARA TRF AUT BOND (s) | A | INT | J | T | | | | | |
| SANTA CLARA TRF AUT BOND R (s) | A | INT | J | T | | | | | |
| SANTA CLARA TRF AUT BOND (s) | A | INT | J | T | | | | | |
| SANTA CLARA TRF AUT BOND (s) | A | INT | J | T | | | | | |
| SANTA CLARA TRF AUT BOND (s) | B | INT | K | T | | | | | |
| PRU GRADE MUNI BOND (s) | B | DIV | K | T | | | | | |
| PRU GRADE MONEYMKT (s) | B | DIV | K | T | | | | | |
| SJNB FIN COMM (s) | C | DIV | K | T | | | | | |
| HALLWOOD ENERGY LASV | A | INT | J | T | | | | | |
| AMER TEL + TELEG COMM (DC) | A | DIV | J | T | | | | | |
| BELLSOUTH COMM (DC) | A | DIV | J | T | | | | | |
| FIRST TENN COMM (DC) | A | DIV | J | T | | | | | |
| S W BELL COMM (DC) | A | DIV | J | T | | | | | |
| US WEST COMM (DC) | A | DIV | J | T | | | | | |
| ACTIVE ASSET FUND (DC) | C | DIV | J | T | | | | | |
| PRUD STRUCT FUND (DC) | A | DIV | J | T | | | | | |
| PRUD MONEYMKT FUND | A | DIV | J | T | | | | | |
| APPLE COMP COMM (DC) | A | DIV | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |

CONTINUED ON ATTACHMENT 4

Digitized by Google

**FINANCIAL DISCLOSURE REPORT (cont'd)**
ATTACHMENT 4

WHYTE, RONALD M.

Date of Report 7/29/91

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| (Identity of assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period — EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount code | (2) Type (div., rent., int.) | (1) Value code | (2) Value method | (1) Type (buy, sell, merger, redemption) | (2) Date month/day | (3) Value code | (4) Gain code | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| DEAN WITTER LIQ ASSETS (J) | B | DIV | K | T | | | | | |
| NDSF FUNTON FOREIGN - CREDIT PLAN (J) | E | DIV | N | T | | | | | |
| APPLE COMP COMM | A | DIV | J | T | (NOT OWNED AT END OF REPORTING PERIOD | | | | |
| LOS GATOS, CA (S) RENTAL RES 101 CRESSILAN | D | RENT | M | W | | | | | |
| US GARLIC, CA (S) RENTAL RES 345 MARSOLA | D | RENT | M | W | | | | | |
| FRACTIONAL INTEREST (S) SUNGOR APT 15043 AARDOBUS SO MARTIN RD BANGALOR, CA | E | RENT | M | W | | | | | |
| FRACTIONS LTD PARTNERSHIP (FRACTIONS INTEREST IN OFFICE BLDG CO S. MARKET, SAN JOSE, CA) (J) | D | INT | M | N | (INTEREST HAS BEEN SOLD - SALE WILL CLOSE IN ABOUT 30 DAYS) | | | | |
| 56TH MARKET S. MARKET (FRACTIONS FRACTIONS INTEREST IN 56 S. MARKET, SAN JOSE, CA) | A | — | K | W | | | | | |
| WILLIAM ST PROPERTIES (FRACTIONS INTEREST IN WILLIAM ST PROPERTY) (S) | D | INT | L | W | | | | | |
| AMER CABLE TV LP | A | | J | | (NOT OWNED AT END OF REPORTING PERIOD | | | | |
| NOTE FROM PETER MAGNUSSON (S) | B | INT | J | W | | | | | |
| NOTE FROM CORST LEASING COMPANY (J) | D | INT | J | W | (NOT OWNED AT END OF REPORTING PERIOD | | | | |
| BANK OF THE WEST LOS GATOS, CA (J) | A | INT | J | T | | | | | |
| BANK OF THE WEST LOS GATOS, CA (S) | A | INT | M | T | | | | | |
| GREAT WESTERN BANK LOS GATOS, CA (S) | A | INT | L | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
2 Value Codes: (See Col. C1 & D1) J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=more than $1,000,000
3 Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (Real Estate Only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated

CONTINUED ON ATTACHMENT 5

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

ATTACHMENT 5 | Name of Person Reporting: WHYTE, RONALD M. | Date of Report: 7/29/91

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 16-27 of instructions.)

| (Description of Assets) | Income (1) | Income (2) | Gross value (1) | Gross value (2) | Transactions during reporting period EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 76 SAN JOSE NATIONAL BANK, SAN JOSE, CA (S) | C | INT | K | T | | | | | |
| 77 HOME SAVINGS LOS GATOS, CA (S) | D | INT | M | T | | | | | |
| 78 GLENDALE FEDERAL BANK SAN JOSE CA (S) | C | INT | J | T | (ACCOUNT CLOSED AT END OF REPORTING PERIOD | | | | |
| 79 CALIFORNIA FEDERAL BANK SAN JOSE CA (S) | D | INT | J | T | (ACCOUNT CLOSED AT END OF REPORTING PERIOD | | | | |
| 80 AMERICAN SAVINGS LOS GATOS, CA | A | INT | J | T | (ACCOUNT CLOSED AT END OF REPORTING PERIOD | | | | |
| 81 CITIBANK LOS GATOS CA (DC) | A | INT | J | T | | | | | |
| 82 HOME SAVINGS LOS GATOS CA (DC) | D | INT | M | T | | | | | |
| 83 NOTE FROM PAUL P. MANN KRAFT | A | — | J | W | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting WHYTE, RONALD M. | Date of Report 7/29/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Ronald M. Whyte_        Date _7/29/91_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

———

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 500 | 000 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | 297 | 000 | Notes payable to banks—unsecured | | |
| Listed securities—add schedule | 688 | 000 | Notes payable to relatives | | |
| Unlisted securities—add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | | |
|   Due from relatives and friends | 5 | 000 | Unpaid income tax | | |
|   Due from others | 10 | 000 | Other unpaid tax and interest | | |
|   Doubtful | | | Real estate mortgages payable—add schedule | 283 | 000 |
| Real estate owned—add schedule | 1,222 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | 55 | 000 | Other debts—itemize: | | |
| Autos and other personal property | 100 | 000 | | | |
| Cash value—life insurance | 3 | 000 | | | |
| Other assets—itemize: | | | | | |
| * PENSION + PROFIT SHARING PLAN | 320 | 000 | | | |
| - PARTNERSHIP IN VON WEISE MANAGEMENT CO | 80 | 000 | Total liabilities | 283 | 000 |
| | | | Net worth | 3,097 | 000 |
| Total assets | 3,380 | 000 | Total liabilities and net worth | 3,380 | 000 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | 1,020 | 000 | Are any assets pledged? (Add schedule.) | NO | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | NO | |
| Legal Claims | | | Have you ever taken bankruptcy? | NO | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |

* COMPRISED OF FUNDS IN MONEY MARKET AND MUTUAL FUNDS
(ACORN AND DODGE + COX)

Digitized by Google

### GOVERNMENT SECURITIES

| Quantity | Description | Value |
|---|---|---|

All the bonds listed below are Ann von W. Whyte's separate property.

| Quantity | Description | Value |
|---|---|---|
| 10,000 | Dixon Impt Bd Act Due 1991 | 10,000 |
| 10,000 | El Dorado Irr Dst Due 1992 | 10,000 |
| 10,000 | Lincoln Impt Go Due 1992 | 10,000 |
| 10,000 | El Dorado Irr Dst Due 1993 | 10,000 |
| 5,000 | Lake Impt Wtr Dst Due 1993 | 5,000 |
| 5,000 | San Fran Usd Cop Due 1994 | 5,000 |
| 5,000 | La Quinta Impt Bd Due 1994 | 5,000 |
| 10,000 | Milpitas 13 Lid Due 1994 | 10,000 |
| 5,000 | Sonoma Impt Go Due 1994 | 5,000 |
| 25,000 | Riverside Co Impt due 1995 | 25,000 |
| 5,000 | Sonoma Impt Go Due 1995 | 5,000 |
| 5,000 | Lake Impt Wtr Dt Due 1997 | 5,000 |
| 20,000 | Contra Costa Retain Due 2000 | 20,000 |
| 5,000 | Oakland Redev Agy Due 2009 | 5,000 |
| 20,000 | Emeryville Red Agy Due 2011 | 20,000 |
| 10,000 | Sacra Mud Elec Due 2013 | 9,000 |
| 10,000 | Ca Go Wtr Res J Due 2016 | 6,000 |
| 10,000 | Calif St Go Sr M Due 2018 | 7,000 |
| 10,000 | LA County CA Trns Due 2001 | 5,000 |
| 10,000 | Sacra County Mulfam Rntl Due 2007 | 10,000 |
| 20,000 | San Jose CA Redev Agy Due 2009 | 20,000 |
| 5,000 | Santa Clara Cnty Trf Auth Due 1992 | 5,000 |
| 5,000 | Santa Clara Cnty Trf Auth Due 1993 | 5,000 |
| 5,000 | Santa Clara Cnty Trf Auth Due 1994 | 5,000 |
| 5,000 | Santa Clara Cnty Trf Auth Due 1995 | 5,000 |
| 5,000 | Santa Clara Cnty Trf Auth Due 1993 | 20,000 |

All the bonds listed below are Ronald M. Whyte's separate property.

| Quantity | Description | Value |
|---|---|---|
| 5,000 | Manteca Rec Facs Due 1991 | 5,000 |
| 10,000 | Morgan Hill Impt Due 1992 | 10,000 |
| 5,000 | San Fran Usd Cop Due 1994 | 5,000 |
| 5,000 | Milpitas 13 Lid Due 1994 | 5,000 |
| 5,000 | San Jose Impt Dst Due 1995 | 5,000 |
| 20,000 | Placer Impt Bd Due 1995 | 20,000 |

Total Value of Municipal Bonds      $297,000

Digitized by Google

## LISTED SECURITIES

| Quantity | Description | Value |
|----------|-------------|-------|

All the listed securities set forth below are Ann von W. Whyte's separate property, although the SJNB Financial Corp stock is in Ronald M. Whyte's name.

| 500 shares | Amer Tel & Teleg | 20,000 |
|---|---|---|
| 2,500 shares | Prudential Int Inc Fund | 20,000 |
| 4,209 shares | Putnam CA Tax Exmpt Fd | 34,000 |
| 1,250 shares | Summit Tax Exmpt LPII | 25,000 |
| 6,930 shares | SJNB Financial Corp | 40,000 |
| 39,346 shares | Prudential Muni Fund | 39,000 |
| 18,674 shares | Prudential Mnymrt Fund | 19,000 |
| 140,662 shares | Dean Witter AAA Tx Fr | 138,000 |
| 16 shares | Hallwood Energy Part,LP | 000 |

All the listed securities set forth below are Ronald M. Whyte's separate property.

| 166 shares | Bristol Myers Sqb | 14,000 |
|---|---|---|
| 300 shares | Genentech Inc. | 8,000 |
| 210,564 shares | Dean Witter AAA Tx Fr | 211,000 |

All the listed securities set forth below are Susan P. Whyte's separate property.

| 300 shares | Amer Tel & Teleg | 12,000 |
|---|---|---|
| 256 shares | Bellsouth | 12,000 |
| 150 shares | First Tenn Natl Corp | 5,000 |
| 216 shares | Southwestern Bell Corp | 12,000 |
| 288 shares | US West Inc | 10,000 |
| 31,966 shares | Dean Witter AAA Fund | 32,000 |
| 981 shares | Pru-Bache Struct Fund | 12,000 |
| 4,903 shares | Pru-Bache Market Funds | 5,000 |

The listed securities set forth below are in Ronald M. Whyte's individual retirement account and are the community property of Ronald M. Whyte and Ann von W. Whyte.

| 20,038 shares | Dean Witter Liq Assets | 20,000 |
|---|---|---|

| Total Value of Listed Securities | $688,000 |
|---|---|

Digitized by Google

## REAL ESTATE OWNED

| Property Location | Description | Value |
| --- | --- | --- |

The properties listed below are the community property of Ronald and Ann von W. Whyte.

| Property Location | Description | Value |
| --- | --- | --- |
| 220 Prospect Ave., Los Gatos, California | Family Residence | 500,000 |
| 157 Prospector, Ketchum, Idaho | Vacation Condo | 150,000 |
| 60 S. Market St., San Jose, California | Fractional interest in office building | 120,000 |

The properties listed below are the separate property of Ann von W. Whyte.

| Property Location | Description | Value |
| --- | --- | --- |
| 101 Creffield Heights, Los Gatos, California | Residential rental | 200,000 |
| 215 Massol, Los Gatos, California | Residential rental | 200,000 |
| 13443 Rosecrans, Santa Fe Springs, California | Fractional interest in storage garage | 122,000 |

The property listed below is the separate property of Ronald M. Whyte.

| Property Location | Description | Value |
| --- | --- | --- |
| 40 S. Market St., San Jose, California | Fractional interest in office building | 30,000 |

Total Value of Real Estate Owned       $1,322,000



Digitized by Google

## REAL ESTATE MORTGAGES PAYABLE

| Description | Amount |
|---|---|
| Loan against 220 Prospect Ave., Los Gatos, California (owed to Kevin and Susan Whyte) | 60,000 |
| Loan against 157 Prospector, Ketchum, Idaho (owed to Kevin and Susan Whyte) | 50,000 |
| Loan against 215 Massol, Los Gatos, California (owed to Great Western Bank) | 76,000 |
| Share of loan against 13443 Rosecrans, Santa Fe Springs, California (owed to Southern California Bank) | 97,000* |
| Total Amount of Real Estate Mortgages Payable | $283,000 |

*The total loan against this property is $1,020,000 for which Ann von W. Whyte is jointly and severally liable along with the other owners of the property. The property has been appraised at a value in excess of the loan against it.

Digitized by Google